### STATE ex BOWMAN v ALLEN COUNTY COMMISSIONERS, et

Ohio Supreme Court

No 22557. Decided Feb. 12, 1931

Marshall, CJ, Matthias, Day, Kinkade and Robsinson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**

### WARDEN v PENNSYLVANIA RD CO

Ohio Supreme Court

No 22307. Decided Feb 11, 1931

Day, Allen and Kinkade, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**